USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/26/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TODD BIGELOW

        Plaintiff,

v.

BREITBART NEWS NETWORK, LLC

        Defendant.

NOTICE OF SETTLMENT AND
DISMISSAL WITH PREJUDICE
(FRCP 41(a)(1)(A)(ii))

Case No.: 1:17-cv-01921-GHW

**MEMORANDUM ENDORSED**

It is hereby noticed that there has been a settlement between Plaintiff, Todd Bigelow, and Defendant, Breitbart News Network LLC and Plaintiff hereby dismisses this Action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

*Richard Liebowitz*
_____
Richard Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 301
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: 5/24/2017
*Attorney for Plaintiff Todd Bigelow*

The Plaintiff has dismissed this action with prejudice under F.R.C.P. 41(a)(1)(A)(i).

Dated: May 26, 2017
New York, New York

_____
GREGORY H. WOODS
United States District Judge